Joseph M. Duffy, Plaintiff-Appellee, v. Sinclair Refining Company, a Corporation, Wesley R. Conner, and Jessie H. Tomin, Sinclair Refining Company, a Corporation, Defendants-Appellants.

Gen. No. 64–5. ▮▮▮▮▮▮▮▮▮▮▮

Second District.

January 20, 1965.

Rehearing denied February 16, 1965.

Edgar J. Elliott, of Wheaton, for appellant; Herbert F. Stride, of Chicago, for appellee. Opinion by PRESIDING JUSTICE ABRAHAMSON. Not to be published in full.